**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **SARAH MATTSON**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR. S-08-0093 FCD |
| Plaintiff, | |
| v. | ORDER GRANTING EX PARTE REQUEST FOR LEAVE TO REPRESENT A CRIMINAL DEFENDANT IN AN ANCILLARY PROCEEDING |
| **SARAH MATTSON,** | |
| Defendant, | |

I have been previously appointed to represent the above named defendant. She is charged in this matter with a scheme to defraud involving multiple jurisdictions. I am advised by the government that she has exposure to additional charges in the District of Arizona. Even if she is never charged in that district her conduct there would likely be admissible in this proceeding pursuant to Federal Rules of Evidence, Rule 404(b).

I have previously sought permission from this court to represent this defendant in an ancillary proceeding, which request was granted. This request involves an unrelated matter. As a result of the indictment in this matter the Arizona Board of Fingerprinting pulled the defendant's fingerprint card which in turn resulted in her being discharged from her special education teaching position. At the request of her previous employer, the defendant appealed the Board's actions. The Board has set the matter for an administrative hearing as demonstrated by the attached letters.

It is very likely that during the course of the administrative hearing the Administrative Law Judge will inquire into the events which gave rise to the indictment.. I believe that my representation of Ms. Mattson requires that I be present at this quasi judicial proceeding and advise her relative to her Fifth Amendment privilege. If the district court in Arizona were to appoint counsel for her that attorney would need to familiarize his or herself with the facts and background of this case which would require more attorney time and Criminal Justice Act funds than if I am allowed to attend myself. I am asking the court to authorize me to appear in this ancillary administrative proceeding.  I will prepare and submit, through the Office of the Federal Defender, a request for authorization to travel in the event this request is granted.

Dated:  September 17, 2008

                                          Respectfully submitted,

                                          /s/

                                          **STEVEN D. BAUER**
                                          Attorney for Sarah Mattson

For Good Cause Appearing
**IT IS SO ORDERED:**

Dated:  September 18, 2008

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE