**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
SARAH MATTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                   Plaintiff, ) <br> vs. ) <br> SARAH MATTSON, ) <br>                   Defendant. ) | CASE NO.: 08-CR-0093FCD <br><br> **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

     Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Sarah Mattson, hereby waive my personal appearance at the arraignment on the Superseding Indictment filed herein on February 11, 2010.  I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on said Superseding Indictment.  I further understand that, absent the present waiver, I must appear before this Court as directed.

     I acknowledge that I have received a copy of the Superseding Indictment, that I waive a formal reading of same in open court, and I hereby enter a plea of not guilty and demand a jury trial.

     I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

1  I further acknowledge that I have been informed of my rights under Title 18 U.S.
2 C. § 3161 – 3174 ( Speedy Trial Act) and authorize my attorney to set time and delays
3 under the Act without my being present.
4
5 Dated: March 1, 2010                                              Respectfully submitted,
6
7                                                                             By:   /s/ Sarah Mattson
                                                                                   SARAH MATTSON
8                                                                                  Original Signature on file
9
10
11 Dated: March 1, 2010                                          By:      /s/ Joseph J. Wiseman
                                                                                   JOSEPH J. WISEMAN
12                                                                                 Attorney for Defendant
                                                                                   SARAH MATTSON
13
14
15                                              **ORDER**
16  The defendant's Waiver of Personal Appearance at Arraignment on Superseding
17 Indictment is hereby accepted.
18 Dated:  March 2, 2010.
19                                                          EDMUND F. BRENNAN
20                                                          UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2

Waiver Of Personal Appearance At Arraignment On                                CR S 08-0093FCD
Superseding Indictment