1    **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
     **WISEMAN LAW GROUP, P.C.**
2        **1477 Drew Avenue, Suite 106**
         **Davis, California 95618**
3        **Telephone:   530.759.0700**
         **Facsimile:    530.759.0800**
4
     **Attorney for Defendant**
5    **SARAH MATTSON**

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                          SACRAMENTO DIVISION
10

11
     UNITED STATES OF AMERICA,          )   Case No. CR S 08-CR-0093 KJM
12                                       )
                      Plaintiff,         )
13                                       )   **STIPULATION AND ORDER**
         vs.                             )   **MODIFYING TERMS OF PRETIRAL**
14                                       )   **RELEASE TO REMOVE**
                                         )   **DEFENDANT FROM PRETRIAL**
15                                       )   **SERVICES SUPERVISION**
     SARAH MATTSON, et. al.              )
16                                       )
                      Defendants.        )
17   _____)

18        IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF

19   AMERICA, through undersigned counsel, Matthew G. Morris, Assistant U. S. Attorney,

20   and SARAH MATTSON ("Mattson") through undersigned counsel, Joseph J. Wiseman,

21   that the conditions of Ms. Mattson's pretrial release be modified to remove her from

22   pretrial supervision by the Eastern District Pretrial Services office.

23                              **BACKGROUND**

24        On April 7, 2008, Ms. Mattson was arraigned on charges related to an alleged

25   mortgage fraud scheme and pleaded not guilty. She was one of 16 defendants named in

26   an indictment, which included charges of conspiracy, mail fraud, and money laundering.

27   The indictment, and a related indictment in which Ms. Mattson was not named, alleged

28   a widespread mortgage fraud scheme run by Charles Head.

---

Stipulation and Order to                    1                    CR S 08-0093 KJM
Terminate Pre-Trial Supervision

1    Ms. Mattson was released on $150,000 unsecured bond. She was placed on pre-

2   trial supervision, and since she has lived in Phoenix, Arizona since 2005, the Pretrial

3   Services Office in the Arizona District supervised her as a courtesy to the local Eastern

4   District office.  Darryl Walker, Ms. Matton's Pretrial Services Officer has advised that

5   she has been compliant since under supervision.

6    On March 3, 2013, Ms. Mattson pleaded guilty pursuant to a plea agreement. She

7   was released on the same conditions of pre-trial release. On May 16 and 20, 2013, Ms.

8   Mattson traveled from Phoenix to Sacramento to testify for the government in the trial

9   of co-defendants Charles and Michael Head. On April 15, 2014, pursuant to a minute

10   order by the Court, Ms. Mattson's judgment and sentencing hearing was set for

11   September 27, 2014.

12    It has now been more than **six years** since Ms. Mattson was placed on pre-trial

13   supervision and the parties are not aware of any issues with respect to Ms. Mattson's

14   compliance during that time. Pretrial Services Officer Walker has indicated to the

15   parties that he has no objection to the Court's removing Ms. Mattson from pretrial

16   supervision. This is due to the fact that Ms. Mattson has successfully been on supervised

17   release since April 2008; she initially self-surrendered; she has no prior criminal

18   history; and she has appeared for every court appearance as ordered.

19                                   **<u>STIPULATION</u>**

20    In light of the circumstances set forth herein above, the defendant, SARAH

21   MATTSON, through her counsel of record, Joseph J. Wiseman, and plaintiff United

22   States of America, through its counsel, Matthew G. Morris, agree and stipulate that the

23   conditions of Ms. Mattson's pretrial release be modified to remove her from pretrial

24   supervision by the Pretrial Services Office of the Eastern District of California. All other

25   / / / / /

26   / / / / /

27   / / / / /

28   / / / / /

---

Stipulation and Order to                                2                              CR S 08-0093 KJM
Terminate Pre-Trial Supervision

conditions of release shall remain in effect.

Dated:  June 19, 2014                              Respectfully submitted,

                                                 WISEMAN LAW GROUP, P.C.

                                                 By:  ___/s/  Joseph J. Wiseman___
                                                      JOSEPH J. WISEMAN

                                                      Attorney for Subpoenaed Witness
                                                      SARAH MATTSON


Dated: June 19, 2014                              Benjamin B. Wagner
                                                 United States Attorney

                                                 By: /s/ Matthew G. Morris
                                                      MATTHEW G. MORRIS
                                                      Assistant U.S. Attorney


                                   **ORDER**

       UPON GOOD CAUSE SHOWN, and pursuant to the stipulation of the parties, IT

IS HEREBY ORDERED THAT the conditions of Defendant SARAH MATTSON's pretrial

release be hereby modified so as to remove her from pretrial supervision currently

conducted through the Pretrial Services Office of the Eastern District of California. All

other conditions of release shall remain in effect.

Dated:  June 23, 2014.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

---