**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Subpoenaed Witness**
**SARAH MATTSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 08-CR-0093 KJM |
| Plaintiff, | ) |
| | ) **DEFENDANT SARAH MATTSON'S** |
| vs. | ) **EX PARTE APPLICATION FOR** |
| | ) **TRAVEL EXPENSES AND** |
| | ) **PROPOSED ORDER** |
| | ) |
| SARAH MATTSON, et. al. | ) |
| | ) Time:  9:00 a.m. |
| Defendants. | ) Date:   December 19, 2014 |
| | ) Judge:  Kimberly J. Mueller |

**INTRODUCTION**

Defendant SARAH MATTSON, by and through undersigned counsel, and

pursuant to 18 U.S.C. § 4285, hereby requests the Court to authorize travel expenses to

and from Sacramento in order to permit her to attend the Judgment and Sentencing

hearing scheduled for December 19, 2014. Ms. Mattson is unable to afford her own

transportation costs from her residence in Arizona to Sacramento.

Pursuant to § 4285, the Court may, after determining that "the defendant is

financially unable to provide the necessary transportation to appear before the required

court on her own, direct the United States Marshal to arrange for that person's means of

non-custodial transportation or furnish the fare for such transportation to the place

where her appearance is required, and in addition may direct the United States Marshal

to furnish that person with an amount of money for subsistence expenses to her

Defendant's Ex parte Application for
Travel Expense and Propose Order
   1   CR S 08-0093 KJM

destination, not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of title 5, United States Code." 18 U.S.C. § 4285.

Mrs. Mattson works as a special education teacher, but her income qualifies for appointed counsel under the Criminal Justice Act. For these reasons, Mrs. Mattson respectfully requests that the Court order the United States Marshal's Service to provide transportation to and from Sacramento, California, for Mrs. Mattson's sentencing hearing on December 19, 2014, as well as provide subsistence expenses for travel.

Dated: December 9, 2014                    Respectfully submitted,

                                           By: /s/ Joseph J. Wiseman
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               SARAH MATTSON

**PROPOSED ORDER**

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the United States Marshal Service is authorized and directed to furnish the above named defendant, SARAH MATTSON, with transportation to Sacramento, California from Phoenix, Arizona, on Thursday, December 18, 2014, and returning to Phoenix, Arizona, on December 19, 2014. Mrs. Mattson is ordered to appear before this court on December 19, 2014, at 9:00 a.m., and is unable to afford her own transportation.

Further, the United States Marshal Service is directed to furnish defendant SARAH MATTSON with an amount of money for subsistence expenses to and from her destination, not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code.

**IT IS SO ORDERED.**

Dated : December 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE