**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
SARAH MATTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SARAH MATTSON, ) <br> ) <br>          Defendants. ) | Case No. 2:08-CR-00093 KJM <br><br> **STIPULATION AND ORDER TO CLARIFY CONDITIONS OF PROBATION** |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew G. Morris, Assistant United States Attorney, and Defendant, SARAH MATTSON, through her counsel of record, Joseph J. Wiseman, that Defendant's conditions of probation be modified to permit Ms. Mattson's period of home detention to begin on or after July 1, 2015. Further, the parties stipulate and agree that Ms. Mattson's three-month period of home detention does not require that she wear an electronic ankle monitor, as the Judgment and Commitment setting forth the special conditions of probation does not require this level of monitoring. *See* Docket No. 1177.

    United States Probation Officer Scott Reardon, who is supervising Ms. Mattson in the District of Arizona, agrees with the parties' requested change to Ms. Mattson's

home detention period, and with the stipulation that an ankle monitor is not merited in her case.

Therefore, undersigned are entering into this stipulation to request these changes be made to defendant's conditions.

**It is so stipulated.**

Dated: April 21, 2015                                Respectfully submitted,

                                                     WISEMAN LAW GROUP, P.C.

                                                     By: /s/ Joseph J. Wiseman

                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                     SARAH MATTSON


Dated: April 21, 2015                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By: /s/ Matthew G. Morris

                                                     MATTHEW G. MORRIS, AUSA
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the conditions for supervised release of defendant, SARAH MATTSON, be modified pursuant to the stipulation of the parties to permit the defendant to begin the three-month period of home detention on or after July 1, 2015, and that this home detention not require defendant to wear an electronic ankle monitor. All other conditions of probation shall remain in force.

Dated: April 23, 2015.

_____
UNITED STATES DISTRICT JUDGE