**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　530.759.0800

**Attorney for Defendant**
**SARAH MATTSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SARAH MATTSON, et. al.<br><br>　　　　　　Defendants. | Case No. CR S 08-CR-0093 KJM<br><br>**APPLICATION TO EXONERATE BAIL AND ORDER** |

Defendant, SARAH MATTSON, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the ground that the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title.

Dated:  January 25, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WISEMAN LAW GROUP, P.C.

　　　　　　　　　　　　　　　　　By: ___/s/  Joseph J. Wiseman___
　　　　　　　　　　　　　　　　　　　JOSEPH J. WISEMAN

　　　　　　　　　　　　　　　　　Attorney for Subpoenaed Witness
　　　　　　　　　　　　　　　　　SARAH MATTSON

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

Dated: January 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE